UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

**FILED**
SEP 18 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| **BRYAN ANTHONY REO** | ) | Case No. 1:19-CV-2103 |
| Plaintiff, | ) | (Lake County Court of Common Pleas |
| vs. | ) | Case No. 19CV001304 ) |
| | ) | Certificate of Service for Removal |
| **MARTIN LINDSTEDT** | ) | From Lake County to N.D. Ohio |
| Defendant. | ) | |

## Certificate of Service

Defendant Pastor Martin Lindstedt did not get notice of what the docket number for his removal of the Reo v. Lindstedt case from Lake County Ohio Court of Common Pleas until the close of business at the federal court which made it too late to print up from PACER and mail off on Sept 12, 2019. Wherefore this Certificate of Service attesting to a copy of the Removal to the Federal Court, The Notice of Removal, Civil Cover Sheet, and the Reo Civil Complaint is being mailed via First Class Postage to the Lake County Court, Judge Lucci over that removed case, and to Professional Plaintiff Bryan Reo on this date of Friday, 13 Sept. 2019.

Judge Lucci, c/o Maureen Kelly, Clerk of the Lake County Courts, Lake County Courthouse, West Annex, 25 N. Park Place, Painesville, Ohio 44077-3416

Bryan Reo, 7143 Rippling Brook Lane, P.O. Box 5100, Mentor Ohio 44061

This bare Certificate of Service shall be sent to the Clerk of the US District Court, Carl B. Stokes US Courthouse, 801 West Superior Avenue, Cleveland Ohio 44113 to file.

Hail Victory !!!

*/s/ Martin Lindstedt, Pastor CJCC/ANP*

Pastor Martin Lindstedt, CJCC/AN, 338 Rabbit Track Road, Granby Missouri 64844

(417) 472-6901  pastorlindstedt@gmail.com   13 Sept 2019