UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **BRYAN ANTHONY REO** | ) | Case No. 1:19-CV-2103 |
| Plaintiff, | ) | (Lake County Court of Common Pleas |
| vs. | ) | Case No. 19CV001304 ) |
| | ) | Permission **to use Electronic Filing** |
| **MARTIN LINDSTEDT** | ) | System to file documents in this case |
| Defendant. | ) | |

FILED
SEP 24 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

### Permission To Use Electronic Filing

Defendant Pastor Martin Lindstedt has a PACER account since Bryan Reo started suing him in early 2014 but does not have any ability to file electronically and none such was sought because the bogus Bryan Reo case seeking $10.75 million in damages for reporting a 2004 Mentor High School Facebook public profile picture and reporting that Bryan Reo was not remotely White and thus not a proper White Supremacist, much less an Aryan Christian Israelite (DSCI) was transferred from this district to Springfield Missouri Western District of Missouri. The Magistrate Judge Whitworth ruled that Bryan Reo's *in forma pauperis* lawsuit was frivolous and dismissed it without prejudice. *Reo v. Lindstedt* 14-cv-05093. Bryan Reo then filed another action well past the Ohio Statute of Limitations and another against my Church and won a judgment of $105,000 against myself and $400 against my Church before a biased judge and jury which is of course now under appeal and bogged down in with post-trial motions. In the federal case the US Courthouse in Springfield Missouri was 80 miles away with next-day mail delivery because the federal courthouse is five blocks from the regional postal sorting center. Bryan Reo is suing me now for $500,000 in this transferred case and another case on behalf of its wife for $500,000. Bryan Reo takes full advantage of the fact that it lives within a half-hour of both the federal and Lake County courts while I live 900 miles away. The US Mail is from 3 days to a week away unless $25.50 Express Mail next-day delivery is used. Bryan Reo often deliberately waits a day or

three to mail its postings so that I have no real time to respond effectively and Bryan Reo can be counted on filing a deluge of frivolous Motions to Strike, for Summary Judgment, and for Sanctions for Contempt of this antifa mongrel trying to invade the Movement and practicing "lawfare." This is why I just had to take it out of Lake County Ohio.

Therefore in view of the time and distances involved, I, Pastor Martin Lindstedt need to have the option of electronically filing my motions in reply to the anticipated deluge of Bryan Reo frivolous motions for sanctions, summary judgment, motions to strike my motions, etc. which are to be expected from Bryan Reo "lawfare." This request is for only Bryan Reo litigation against myself and my Church before this Court or if you transfer this matter to the Western District of Missouri since at this time I am the sole defendant.

I am enclosing a filled out request for ECM registration with this request of this Court.

Hail Victory !!!

_____

Pastor Martin Lindstedt,

Church of Jesus Christ Christian / Aryan Nations of Missouri

338 Rabbit Track Road

Granby Missouri 64844

(telephone) (417) 472-6901, (e-mail) PastorLindstedt@gmail.com

Drafted & sent to Court 17 Sept. 2019

# CM/ECF Attorney Registration

Submitted by lucks on Wed, 03/01/2017 - 15:57

This form is used to register for an account on the Northern District of Ohio Case Electronic Filing System (the system). Please note, this form is **only for new registrations** and is not the correct form for changing name/address or other information. Registered attorneys will have privileges to electronically submit and view the electronic docket sheets and documents. By registering, attorneys consent to receiving electronic notice of filings through the system. You must also register here for a PACER account.

**Completion of all the following fields is required for registration, incomplete registrations will not be processed:**

### Indicate CM/ECF System applying for *
- [x] Civil/Criminal
- [ ] Maritime Asbestos
- [ ] Both Electronic Filing Systems

### Prefix
- [x] Mr
- [ ] Mrs
- [ ] Ms

### First Name *
Martin Lindstedt

### Middle Name

### Last Name *
Lindstedt

### Generation
- [ ] Jr
- [ ] Sr
- [ ] II
- [ ] III
- [ ] IV

**Highest State Court Admitted ***

**Bar ID Number ***

Not an attorney, Seek as Defendant to file

**Are you currently in good standing ***

○ Yes

○ No

**Firm Name**

**Business Address (Street, City, Zip) ***

Pastor Martin Lindstedt,
338 Rabbit Track Road
Granby, Missouri 64844

**Have you relocated to this address within the past year ***

○ Yes

☒ No

**Phone Number ***

417-472-6901

**Fax Number**

Can be sent pdf file by e-mail

**Email Address ***

PastorLindstedt@gmail.com

**Additional Email Addresses**

Attorneys seeking to file documents electronically must be admitted to practice in the United States District Court for the Northern District of Ohio pursuant to LR 83.5 and L CrR 57.5 - Date admitted to practice in the USDC NDOH

Not an Attorney, Defendant 19-cv-2103

If you are not admitted to practice in this court, please complete which applies: Attorney for the United States

○ Yes

○ No

**If you answered yes to Attorney for the United States, Date Applicant's Personal Statement & Oath submitted pursuant to LR 83.5(k) & LCrR 57.5(k)**

**If admitted pro hac vice: Date motion for pro hac vice granted**

**In case number**

Defendant 19-cv-2103

**Pro hac vice admission fee receipt number**

**If attorney of record in MDL action, indicate case number**

A PACER account is required to view documents on the system. For information regarding PACER call 1-800-676-6856 or visit the website at www.pacer.psc.uscourts.gov

By submitting this registration form, the undersigned agrees to abide by all Court rules, orders and policies and procedures governing the use of the electronic filing system. The undersigned also understands that notice of filings will be received via the Court's electronic filing system. The combination of user id and password will serve as the signature of the attorney filing the documents. Attorneys must protect the security of their passwords and immediately notify the court if they learn that their password has been compromised by an unauthorized user.

Once your registration is complete, you will receive notification by email of your user id and password needed to access the system. Procedures for using the system will be available for downloading when you access the system via the Internet. You may contact the Electronic Filing Help Desk in the Clerks Office at 1-800-355-8498 if you have any questions concerning the registration process or the use of the electronic filing system.

[Submit]

Pastor Martin Lindstedt
Martin Lindstedt Pastor CJCC/ANP
338 Rabbit Track Road
Granby, Missouri 64844
417-472-6901