ATTACHMENT 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| Plaintiff | Case No.:<br>JUDGE |
| v. | REPORT OF PARTIES' PLANNING MEETING UNDER FED. R. CIV. P. 26(f) AND L.R. 16.3(b) |
| Defendant |  |

1. Pursuant to Fed. R. Civ. P. 26(f) and L.R. 16.3(b), a meeting was held on NOVEMBER 21, 2019 and was attended by:

BRYAN ANTHONY REO counsel for plaintiff(s) Pro Se Bryan Anthony Reo

_____ counsel for plaintiff(s) _____

Martin Lindstedt counsel for defendant(s) Pro Se Martin Lindstedt

_____ counsel for defendant(s) _____

2. The parties:

\_\_\_ have exchanged the pre-discovery disclosures required by Rule 26(a)(1) and the Court's prior order;

_X_ will exchange such disclosures by December 12, 2019;

\_\_\_ have not been required to make initial disclosures.

5

3. The parties recommend the following track:

__X__ Expedited  _____ Standard  _____ Complex

_____ Administrative  _____ Mass Tort

4. This case is suitable for one or more of the following Alternative Dispute Resolution ("ADR") mechanisms:

_____ Early Neutral Evaluation  _____ Mediation  _____ Arbitration

_____ Summary Jury Trial  _____ Summary Bench Trial

__X__ Case not suitable for ADR

5. The parties _____ do/ __NOT__ do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

6. Recommended Discovery Plan:

(a) Describe the subjects on which discovery is to be sought and the nature and extent of discovery.

Plaintiff will seek discovery on Defendant's assets and net worth such as is relevant for a determination of punitive damages award sufficient to deter and penalize Defendant's tortious conduct. Plaintiff seeks minimal documentary discovery from Defendant.

(b) Discovery cut-off date: 1/21/2020

7. Recommended dispositive motion date: 2/10/2020

8. Recommended cut-off date for amending the pleadings and/or adding additional parties: 12/20/2019

9. Recommended date for a Status Hearing: 2/26/2020

10. Other matters for the attention of the Court:

As of the time of the filing of this report, Defendant has not yet filed a conforming answer per the FRCP.
It is unclear if <u>Defendant is prepared to proceed forward.</u>

Attorney for Plaintiff(s) /S/ BRYAN ANTHONY REO

Attorney for Plaintiff(s) _____

There was a meet and confer with Defendant but Defendant did not agree with anything in Plaintiff's report/suggestions and will be submitting his own report with his suggestions.

Attorney for Defendant(s) _____

Attorney for Defendant(s) _____

7