UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BRYAN ANTHONY REO, *Pro Se*, | ) | Case No.: 1:19 CV 2103 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| MARTIN LINDSTEDT, *Pro Se*, | ) | |
| | ) | |
| Defendant | ) | <u>ORDER</u> |

Currently pending before the court in the above-captioned case is *pro se* Plaintiff Bryan Reo's ("Plaintiff" or "Reo") Motion to Strike (ECF No. 52) Defendant Martin Lindstedt's ("Defendant" or "Lindstedt") Consolidated Brief in Opposition to Summary Judgment (ECF No. 51). For the reasons that follow, the court exercises its broad discretion and denies Plaintiff's Motion.

This court has already granted summary judgment in favor of Plaintiff on most of his claims, (Order, ECF No. 44), and denied Defendant's request to reconsider, (Order, ECF No. 49). In light of the court's prior rulings, Defendant's untimely Consolidated Brief in Opposition fails. Curiously, despite the obvious shortcomings of Defendant's filing; the fact that this court already has granted summary judgment in Plaintiff's favor; and the court's admonishment that "Plaintiff's high-volume approach to motion practice" serves only to "slow[] progress in this case," (Order at PageID #482 n.4, ECF No. 44), Plaintiff has filed yet another Motion to Strike. Lest any confusion remain, the court emphasizes that its prior Orders leave nothing to be said with regard to summary judgment

except for the question of damages. The court has scheduled a telephonic conference with the parties on November 30, 2020, at 10:30 a.m., to discuss that issue. In the meantime, the court need not hear anything further from either party regarding summary judgment.

    IT IS SO ORDERED.

                                            */s/ SOLOMON OLIVER, JR.*
                                            UNITED STATES DISTRICT JUDGE

November 10, 2020