**FILED**
12:19 pm Nov 30 2020
**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BRYAN ANTHONY REO, | Case No. 1:19-CV-02103-SO |
| Plaintiff, | Hon. Solomon Oliver, Jr. |
| v. | |
| MARTIN LINDSTEDT, | |
| Defendant. | |

| | |
|---|---|
| **REO LAW, LLC** | **MARTIN LINDSTEDT** |
| Bryan Anthony Reo (#0097470) | 338 Rabbit Track Road |
| P.O. Box 5100 | Granby, MO 64844 |
| Mentor, OH 44061 | (T): (417) 472-6901 |
| (T): (440) 313-5893 | (E): pastorlindstedt@gmail.com |
| (E): reo@reolaw.org | *Pro se Defendant* |
| *Pro se Plaintiff* | |

### DEFENDANT'S RULE 4(a)(5) F.R.Civ.P. MOTION FOR AN EXTENSION OF TIME TO FILE A NOTICE OF APPEAL UNTIL AFTER THIS COURT DETERMINES PLAINTIFF BRYAN REO'S IMAGINARY DAMAGES UPON THIS COURT'S IMPROPERLY GRANTING OF SUMMARY JUDGMENT TO ITS REGIME'S AGENT PROVOCATEUR REO

NOW COMES Pastor Martin Lindstedt ("Plaintiff"), *pro se*, to timely file a Federal Rule of Civil Procedure Rule 4(a)(5) Motion for an Extension of Time to file a Notice of Appeal *in forma pauperis* until after Judge Solomon can assess the hundreds of thousands or millions or billions or whatever sum Judge Solomon Oliver finds appropriate to punish White Supremacist Aryan Nations Pastor Martin Lindstedt and his Aryan Nations Church for making fun of a delusional homosexual mongrel agent provocateur Bryan Reo who has been infiltrating the White Supremacist and Christian Identity racial Resistance Movements for 20 years after 30 November 2020. Judge Oliver decided to DENY Pastor Lindstedt's Rule 59(e) Motion in its ORDER of 3

1

Nov. and admonished Plaintiff Bryan Reo recently for filing yet another of its Motions to Strike on 12 Nov. 2020. Judge Oliver says that "the court need not hear anything further from either party regarding summary judgment." Doc #54 Page ID 595.

Pastor Lindstedt is not making any further exposition regarding Judge Oliver's *Dred Scott v. Sanford* II decision confirming the current 2d Civil War. Pastor Lindstedt instead, having in Oct. 2019 returned his South Dakota inheritance to his sister and since Roxie Fausnaught died on 4 Aug. 2020 and thus having no income intends to sell one of his old vehicles and qualify for SSI disability and intends to file *in forma pauperis* against Judge Oliver trashing out the myth of the First Amendment at least regarding the rights of white people not getting to refuse to support the hordes of parasitic predatory non-whites. Judge Oliver's summary judgment shows that there simply is no living with non-whites and no living in peace in Missouri with Northeastern Ohio and that a state of civil war exists. But for now, rather than have to file the Notice of Appeal by 30 days after this court's ORDER denying Pastor Lindstedt's Rule 59(e) of Nov. 3d and thus having to file by Dec. 3d, Pastor Lindstedt is asking for an extension of time to whatever this court decides is proper to award Bryan Reo for its (largely mythical & pretend) injuries received by Pastor Lindstedt reporting on Reo's antics on the to be censored Aryan Nations Church web pages on 30 Nov. 2020.

This court might decide that Bryan Reo has suffered no damages that it wouldn't have suffered if it had done as Reo agreed to around Halloween 2010 when Pastor Lindstedt detected Reo's real name and hometown of Mentor Ohio and thus Reo's past and simply decided as a known non-white homosexual ZOGbot to leave the Movement again and that time not come back. Instead Bryan Reo took down Pastor Lindstedt's Church web pages and that of allies around a dozen times and engaged in a campaign of "lawfare" with other agents provocateur, one

2

of which was Charlottesville. And thus Bryan Reo is not only a public figure, but a government agent provocateur and this court is placed into the moral and legal position of being nothing more than a drumhead tribunal working for the political police of a Mighty Evil Empire worse than the former Soviet Union. This court might want to "pull back" and award Bryan Reo nothing in which case this matter will end without need for an appeal by Pastor Lindstedt and revolutionary action by Pastor Lindstedt's Aryan Nations Church.

If this court decides to award Bryan Reo anything then that might well be grounds for an appeal associated with this case and suitable for another Rule 59(e) Motion. What Pastor Lindstedt is asking for is for this Court to finish up with its notions of proper settlement so that an appeal can cover all eventualities, and thus not have to rush to file a partial appeal by Dec. 3d.

Therefore, Pastor Lindstedt asks that this court grant this Rule 4(a)(5) Motion for an Extension of time to file a Notice of Appeal *in forma pauperis*.

Hail Victory !!!

/S/. Pastor Martin Lindstedt
Defendant/Counter-Claimant, White Supremacist Write-In Candidate for Governor
Pastor, Church of Jesus Christ Christian/Aryan Nations of Missouri
338 Rabbit Track Road
Granby Missouri 64844
(P): (417) 472-6901, (E): pastorlindstedt@gmail.com
*Pro se Defendant*

**CERTIFICATE OF SERVICE**

Pastor Lindstedt hereby certifies that he mailed off this Rule 59 (e) Motion via U.S. Mail on 21 Nov, 2020 to the Clerk of the US. Federal Court, Carl B. Stokes Courthouse, 601 West Superior Avenue, Cleveland, Ohio 44113

Likewise with Attorney Bryan Reo, Stefani Rossi Reo, Anthony D. Reo at 7143 Rippling Brook Lane, P.O. Box 5100, Mentor Ohio 44061.