UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BRYAN ANTHONY REO, *et al.*, | ) | Case No.: 1:19 CV 2103/2589/2615/2786 |
| | ) | |
| Plaintiffs | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| MARTIN LINDSTEDT, | ) | |
| | ) | |
| | ) | <u>ORDER</u> |
| Defendant | ) | |

Before the court is Defendant's Motion to hold the September 12, 2024 final pretrial conference by telephone, (ECF No. 168). The court denies Defendant's Motion. It is imperative that Defendant be present at the final pretrial conference. This is especially true since both the Plaintiff and Defendant represent themselves, and there are many pretrial issues the court has to resolve. The court believes this can most effectively be done if the Parties are here before the court.

Also pending before the court is Plaintiff's Motion to Strike or Seal Defendant's Motion to hold the pretrial conference by telephone, (ECF 169), which the court grants. Defendants Motion shall be sealed for the reasons advanced in Plaintiff's Motion. No further motions will be considered prior to the final pretrial conference. If there are any further motions the parties wish the court to consider, they shall be presented to this court at the in-person final pretrial.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

September 10, 2024