## IN THE UNITED STATES DISTRICTCOURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**FILED**

**SEP 1 1 2024**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

**BRYAN ANTHONY REO, et.al.,**

              Plaintiff/Counter-Defendant

vs.

**MARTIN LINDSTEDT,et. al.**

)
)
)
)
)
)
)
)
)

Consolidated Case # 1:19-cv-2103

Judge Solomon Oliver, Jr

Holding Pre-Trial Conference via
Telecommunications

## DEFENDANT'S PROPOSAL TO HOLD 12 SEPT.2024 PRE-TRIAL CONFERENCE VIA TELECOMMUNICATION

COMES NOW the current Defendant Pastor Martin Lindstedt (hereafter in person described as "Pastor Lindstedt) OF THE Church of Jesus Christ Christian / Aryan Nations of Missouri (hereafter described as Pastor Lindstedt's Church)  to Propose that the court-scheduled final Pre-trial Conference of 12 Sept.2024 be held via telecommunication as Bryan Reo has stedfastly refused under varying pretexts to hold the pre-discovery under Frderal Rulesof Civil Procedure (hereafter F.R.Civ.P) Rule 26 to show his computed damages in three out of four of these malicious cases insisting that in order to achieve Reo's ends via civil lawfare that it had to be done via forcing Pastor Lindstedt to drive 900 miles to Ohio and back forever. These cases have been created by Bryan Reo on behalf of fake-Plaintiffs Reo's wife and father in order to achieve the Satanic criminal regime's goals of truncating political , religious and racial dissent fromPastor Lindstedt and his Aryan Nations church and to enrich through civil lawfare the regime's multiracial agent-provacateur Bryan Reo. Pastor Lindstedt has in effect lost his inheritance in Stanley County South Dakota and is living on less than $500 per month in an old single-wide trailer owned by his sister without running water living off canned beans, home-grown produce and soup kitchen food. Pastor Lindstedt's 2005 Chevrolet Venture van is in very bad shape and would be pulled over by countless police in revenue-seeking stops and in any case

1

Pastor Lindstedt doesn't have sufficient gas money to make it back from Ohio. Putting the 1998

Suzuki Swift car back into licensed status would require buying two new tires, a battery, paying

the back property taxes on it since putting it up on blocks in 2020, perhaps fixing the windshield

for it to pass inspection, renewing the liability insurance as PastorLindstedt seeking SSI benefits

only could insure one vehicle, and so putting this old car back onto the road would cost $500-

$1000 when Pastor Lindstedt has to make do with a $500 per month income from his Aryan

Nations ministry. Pastor Lindstedt did not get wind of this civil trial order until he went into

Granby to pick up his mail the evening of 20 August 2024 when coming home from the Neosho

soup kitchen and read this Civil Trial Order. For making the actual trial in Novmber Pastor

Lindstedt shall ask for donations from his Church and the Movement as a whole but the Sept.

pre-trial conference should be done under the same rules as when the Covid plandemic was in

effect. Simply put, this entire series of cases arose when Bryan Reo found a fellow antifa lawyer

in South Dakota named Robert Konrad who used to work in a Pierre South Dakota law firm

which handled rental pasturage leases for Pastor Lindstedt, Lindstedt's brother and mother, and

thus notified Reo that Pastor Lindstedt had an inheritance worth stealing conspired with the

South Dakota authorities to steal it under color of law. And so they have. Throughout the course

of these civil lawfare federal cases Bryan Reo has refused to compute damages or render his own

discovery or initial disclosures – indeed this court and this judge commented on this in his orders

– and the 6th Circuit Court of Appeals reversed and remanded these cases. Upon retrial the

magistrate judge demanded that Pastor Lindstedt produce answers to Reo's self-serving legalese

Requests for admissions and interrogatories and discovery and Pastor Lindstedt has responded

frankly that Bryan Reo hasn't suffered any damages given that upon detection of his alias around

Halloween 2010 Bryan Reo went pleading for a deal to where if Pastor Lindstedt

2

wouldn'tpublish anything more concerning Bryan Reo that Bryan Reo would leave the
Movement (as the racial and religious right-wing dissident network calls "our thing") and not
cause any more trouble for those of the Christian Identity faith then nothing more would have to
be published if there was nothing more to publish. Bryan Reo kept that agreement he begged for
and received for four days,Nov. 1-4, 2010 and then on 5 November 2010 resumed the struggle
by reprinting on "SwordBrethren" blog given to him by William Finck – another jew mongrel
pretending to be a Christian Identity pastor after getting out of prison after a plea bargain for
murdering in the Jersey City jail a Puerto-Rican sneak thief due to be released soon anyways. For
three and a half years Bryan Reo called Pastor Lindstedt a "convicted child molester" and Pastor
Lindstedt called Bryan Reo "Ol' Niggerlips Esquirrel the Mamzer from Mentor" and commented
on Reo's non-white appearance, effeminate manner, and past history in the Movement. It wasn't
until 2013 that Bryan Reo and Attorney Konrad decided to work out a scheme to seize through
lawfare Pastor Lindstedt's Stanley County inheritance through civil lawfare. First a DMCA
complaint which was moved to the Western District of Missoui and then dismissed as frivolous
by Mag. Whitworth.

Whereupon  Bryan Reo eight days later filed a civil lawsuit against Pastor Lindstedt, a
bogus civil stalking protective order and then having formed a white supremacist civil lawfare
group with his lawyer friends, filed in early before the Mentor Ohio local court an action against
the Church of Jesus Christ Christian, Roxie Fausnaught Pastor Lindstedt's bedbound domestic
companion, and again Pastor Lindstedt but that Mentor court, mindful of Bryan Reo behavior,
refused to hear it, so the Lake County Court of Common Pleas ururped jurisdiction much like the
Canaanite courts of Sodom, Gomiorrah, Ademah, Zeboyim and Zoar did against outsiders. Bryan
Reo was busily founding the antifa false flag Foundation for the MarketPlace of Ideas/ZOGbot

3

Poverty [F]Law Center so did not change the bogus civil complaint until the Ohio Statute of

Limitations expired and so filed an appeal to hide that fact – just as Reo does at the federal level

– and thanks to a corrupt judge and a biased jury got a $105.00 judgment against Pastor

Lindstedt and $400 against his Aryan Nations Church.

      Since 2009 Bryan Reo – a long-time since 2002 – agent provocateur against the

Moveement was tasked in 2009 after one William Raymond Finck got out of the

minimum security federal prison after snitching out his fellow pig David Dumers for the

deliberate murder of one Arnauldo Otega, a petty Puerto Rican criminal held on petty

burglary charges and taking a plea bargain and getting into "Dual-Seedline Christian

Identity" as a sort of GreekScholar and Neo-classicist even though Homer or Herodotus

have nothing to do with Comparetian Christian Identity. In fact both Bill Finck being a

jew who murdered a Puerto Rican sneak-thief for no good reason other than psychosis

and then taking a deal to snitch against another pig and destroying Dumer's appeal by

filing his own appeal to his plea "bargain" cf, U.S.v. William Finck 135 F.3d. 767 and

David Dumers, 135 F.3d. 767. So being both a jew, a murderous pig and a snitch Baal

Finck needed a ZOGbot to get him into a place to subvert Christian Identity with

Talmudic teachings and Bryan Reo – calling himself the "Teutonic Crusader" and

"SwordBrethren" of the Teutonic Knights a blond, blue-eyed Aryan – when all along one

Bryan Reo the infamous homosexual jewlatto Mamzer from Mentor was known from its

antics with one Richard Barrett of Pearl Mississippi who was kicked out for not being

white and aggressive to other Movement leaders. One 'Everett' Buck McHugh gave

Lindstedt details such as "SwordBrethren" not being remotely white – something well

known by ZOGbots infiltraiting the Movement – but details except Reo's real name and

4

address. In May 2013 Buck McHugh tasked Lindstedt for not suing Reo and Lindstedt found out that McHugh hated Reo because through lawfare Reo had cost McHugh $2.5 million and his stockbroker license, so McHugh fed Lindstedt information to act as a catspaw to remove Reo once exposed from the Movement. In fact Reo arranged a conference call with Reo, a "Martin41" and McHugh to find out how Lindstedt had detected "SwordBrethren" as Bryan Reo. Pastor Lindstedt decided to say that there was a Teamspeak spy infiltraiting Baal Finck's Talmudic sewqing circle but to wasn't Buck. This call occurred on Nov.3. 2010 at 10:30 am on Linstedt's land line number. Once revealed, Bryan Reo violated the deal Reo had sought just after Halloween 2010 and broke the agreement on 5 November 2010 by taking down Lindstedt's Aryan Nations web pages to where Pastor Lindstedt took  a six-month Internet vacation by setting up secret sites in Canada, India as well as the US.

   In March 2014 Bryan Reo was threatening a US "free speech" provider with litigation.  Pastor Lindstedt reprinted a Spartanburg S.C. newspaper article about how Bryan Reo killed a Catherine Williams using a 2003 Toyota Landcruiser a full year before Reo's Lake County defamation lawsuit and thus outside the Ohio Statute of Limitations. By filing a federal lawsuit for a DMCA violation Pastor Lindstedt realized that he could post the legal proceedings on the Aryan Nations forum. (In fact Bryan Reo is suing Pastor Lindstedt again in Lake County Ohio for reporting on the 34+ Bryan Reo litigation against Pastor Lindstedt and his Aryan Nations Church, Reo v. Lindstedt 24CV0001136 which Reo is trying to get served. Last year Reo filed in Lake County Ohio trying to get another $500,000 using civil lawfare 23CV000656 which the Lake County judge –seeing proof of Reo malice—dismissed with prejudice but Reo blustered

and threatened the judge and so got the case amended to dismissed **without** prejudice so that Reo could file other cases without jurisdiction in Lake County Ohio.

Reo and his lawyer Robert Konrad have cost Pastor Lindstedt's sister $150,000 and threatened to cost her her own inheritance if she didn't sign over Lindstedt's inheritance that he gave her in October 2019. Pastor Lindstedt is presently living in his sister's 1994 ramshackle single-wide trailer without running water just outside Granby that was bought as a place for Roxie Fausnaught to die in peace in Dec.2019.

As a result of Bryan Reo barratry and viciousness, Pastor Lindstedt probably can't find anyone willing to witness against Bryan Reo such as his ex-best-friend John Britton, whose own lawsuit was destroyed by Bryan Reo acting in collusion with Rolls Royce attorneys as "Bryan Nicewonger" an obvious homosexual alias. Bryan Reo deliberately violated F.R.Civ.P.Rule 26 to compute his damages and this Court and judge can look up the November 2019 teleconference where Bryan Reo complains that anyone looking up either Reo's or Lindstedt's names sees an ocean of litigation involving Aryan Nations to which no one of any sense wants to get involved. Thus Bryan Reo can't find any "expert" testimony any more than Pastor Lindstedt can find any testimony from witnesses willing to brave Reo litigation.

Thus the only pre-trial matters to be hashed out on Pastor Lindstedt's part is what was put out on Pastor Lindstedt's Aryan Nations forums, podcasts, and media already. Bryan Reo has simply made up the lies about "homosexual incest" and "transgendered prostitutes" concerning his father and Brazilian wife in order to make a fraudulent claim to taking Pastor Lindstedt's inheritance through these fake-plaintiffs who in fact were not mentioned by name but referred to as "Ol' Niggerlip's Alleged Spawner" and

"Mrs.Niggerlips." The purpose of which was to sunder Bryan Reo from claiming any leadership role in the Movement and keep this highly paranoid personality out from being able to pretend.

Thus upon retrial the matter to be discussed is what actually was written or said on the Aryan Nations Internet, and not new testimony from witnesses who for whatever reason shall likely not be present for either side. Pastor Lindstedt has plenty of material collected since becoming aware of Bryan Reo since 2010. Since this case has become consolidated and Bryan Reo said entirely different things in other cases before other courts in different states there is no reason for Pastor Lindstedt to have to drive to Ohio on 12 Sept.2024. Bryan Reo deliberately violated this Court's instructions to hold a Local Rule 16 and F.R.Civ.P. Rule 26 commandments regarding initial disclosures, especially concerning computation of damages,instead seeking to cause Pastor Lindstedt economic damages by making him drive to Ohio. Now Pastor Lindstedt simply is financially unable to afford driving to Ohio even if he had a vehicle able to make it. However Pastor Lindstedt does have a cell phone and can set up a Zoom call for 12th September or perhaps this Court can make arrangements for the pre-trial conference to be held in the Western District of Missouri courthouse in Springfield Missouri 75 miles east. But the purpose of this filing is to notify this Court that Pastor Lindstedt is living on the edge and simply doesn't have the ability to travel to Cleveland Ohio 850 miles away. Not when the entire matter of Reo's complaint rests upon what Pastor Lindstedt actually said about Bryan Reo fake-plaintiffs (not mentioned by name) in September 2019. Not when this evidence has been sent and wrangled over leading to an successful appeal by the 6th Circuit Court of Appeals, hence this retrial.

7

The actual gravamen of this trial is whether a homosexual mongrel agent provocateur sent to disrupt white supremacist religious political dissent from the Aryan Nations and Aryan Nations leadership can engage in the very sort of civil lawfare which will inevitably lead to civil warfare of a religious and racial manner. Bryan Reo for whatever reason engaged in neo-nazi and pseudo religious activities even though a homosexual jewlatto (jew and mulatto racial mixture) over the Internet and due to causing trouble for those who belonged to these groups made people want to find out who they were to beat Reo's ass. When found out, Reo immediately sought to avoid a beatdown by offering to leave the Movement now that he was detected. So Reo asked for and received an offer from Pastor Lindstedt of the Aryan Nations to leave and not have anything done to him if Reo left. After five days Reo broke the agreement he sought and started taking down web pages and harassing Movement political and religiousactivists. After losing in federal court Reo went to Lake County and won a judgment (even though that court had no more jurisdiction than the courts of Sodom and Gomorrah) in which Reo didn't suffer any penalty for this civil lawfare. So now Reo engages in these four cases on remand and retrial and is seeking to create more civil lawfare for Pastor Lindstedt documenting this behavior.

Pastor Lindstedt has no money to travel to Ohio for a Pre-trial Conference. Pastor Lindstedt is saving up for a trial in November 4, 2024 and is hoping for an end to this matter even though Bryan Reo got Lake County Ohio and PastorLindstedt has already lost his inheritance even though this inheritance shall be lost for taxes in Stanley County, South Dakota.

8

This is exactly the sort of civil lawfare leading to civil warfare which destroys all mighty evil empires . . .

Hail Victory!!!

*[handwritten signature]* Martin Lindstedt Pastor CJCC/ANP

/S/. Pastor Martin Lindstedt
Defendant/Appellant, First Servant of YHWH's Servant Nation of Aryan Christian Israel
Pastor, Church of Jesus Christ Christian/Aryan Nations of Missouri
338 Rabbit Track Road, Granby Missouri 64844
(P): (417) 472-6901, (E): pastorlindstedt@gmail.com


Exhibit #1: Bryan Reo and Attorney Robert Konrad wanting to get Stanley County States' Attorney Tom Maher and Sheriff Brad Rathbun's Motion to deny a deed from the illegal Sheririff's sale of May 23, 2023 to Pastor Lindstedt's inheritance on the reversed and remanded $2.75 million in judgments to Bryan Reo.

# Certificate of Service

A copy of the foregoing was mailed 24th August 2024 to Plaintiffs Bryan Reo and his Fake-Plaintiff Wife & Father , P.O Box 5100, or Mentor Ohio 44061 and copies mailed as well, with an e-mail copy sent out later.
I, Pastor Martin Lindstedt do hereby certify that a true and genuine original of this was mailed 24 August 2024 to the Clerk of the Court, Carl B.Stokes US Courthouse, 801 W. Superior Ave. Cleveland, Ohio 44113-1830 A truncated copy to be file-stamped shall be enclosed as Pastor Lindstedt can't afford certified or tracking mail.