## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **BRYAN ANTHONY REO,** | Case No. 1:19-CV-02103-SO |
| Plaintiff | Hon. Solomon Oliver, Jr. |
| v. | Mag. Reuben J. Sheperd |
| **MARTIN LINDSTEDT,** | MOTION TO STRIKE or SEAL ECF 172 |
| | [ALL CASES] |
| Defendant | |

**REO LAW, LLC**
Bryan Anthony Reo (#0097470)
P.O. Box 5100
Mentor, OH 44061
(T): (440) 313-5893
(E): reo@reolaw.org
*Pro se Plaintiff and Counsel*

**MARTIN LINDSTEDT**
338 Rabbit Track Road
Granby, MO 64844
(T): (417) 472-6901
(E): pastorlindstedt@gmail.com
*Pro se Defendant*

## **MOTION TO STRIKE OR SEAL ECF 172**

NOW COMES Bryan Anthony Reo ("Plaintiff") in 1:19-cv-2589, 1:19-cv-2103, and Counsel for Plaintiffs Stefani Rossi Reo in 1:19-cv-2786 and Anthony Domenic Reo in 1:19-cv-2615, and hereby propounds upon Martin Lindstedt ("Defendant") and this Honorable Court Plaintiffs' Motion to Strike or Seal Defendant's Proposal, ECF 168. For the reasons that following, Defendant's most recent filing, ECF No. 172, docketed 9/11/2024, titled, "Defendant's Proposal to Hold 12 Sept. 2024 Pre-Trial Conference via Telecommunication." should be stricken or at a minimum sealed.

1

Defendant's "Proposal" ECF No. 172, filed 9/11/2024 is irrelevant, immaterial, scandalous, impenitent, abusive, and it repeats the same offensive and abusive slurs and material that this Court has previously noted as grounds for sealing documents in the past. This Court has entered orders sealing all of Defendant's recent filings, via Order ECF No. 123 (sealing ECF No. 98), ECF No. 123 (sealing ECF No. 102, ECF No. 105, ECF No. 106, ECF No. 107, ECF No. 108, ECF No. 109, ECF No. 111, ECF No. 115, ECF No. 116), ECF No. 148 (sealing ECF No. 117), ECF No. 131 (sealing ECF No. 125), ECF No. 139 (sealing ECF No. 128, ECF No. 133), ECF No 154 (sealing ECF No. 146), ECF No 153 (sealing ECF No. 151), ECF No. 159 (sealing ECF No. 156), ECF No. 164 (sealing ECF No. 162).

It appears the filing is duplicative of what Defendant filed by email on 9/6/2024, ECF No. 168, which was already ordered sealed for being abusive. For the reasons for which the sealing of ECF No. 168 was granted, ECF No. 172, being the same document, should likewise be sealed.

        Respectfully submitted,

        **REO LAW, LLC**
        /s/ Bryan Anthony Reo
        Bryan Anthony Reo (#0097470)
        P.O. Box 5100
        Mentor, OH 44061
        (T): (440) 313-5893
        (E): reo@reolaw.org
        *Pro se Plaintiff and Counsel*

Dated: September 11, 2024

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **BRYAN ANTHONY REO,** | Case No. 1:19-CV-02103-SO |
| Plaintiff | Hon. Solomon Oliver, Jr. |
| v. | Mag. Reuben J. Sheperd |
| **MARTIN LINDSTEDT,** | MOTION TO STRIKE |
| Defendant | |

| | |
|---|---|
| **REO LAW, LLC** | **MARTIN LINDSTEDT** |
| Bryan Anthony Reo (#0097470) | 338 Rabbit Track Road |
| P.O. Box 5100 | Granby, MO 64844 |
| Mentor, OH 44061 | (T):  (417) 472-6901 |
| (T):  (440) 313-5893 | (E):  pastorlindstedt@gmail.com |
| (E):  reo@reolaw.org | *Pro se Defendant* |
| *Pro se Plaintiff and Counsel* | |

## CERTIFICATE OF SERVICE

I, Bryan Anthony Reo, affirm that I am a party to the above-captioned civil action, and on September 11, 2024, I served a true and accurate copy the foregoing document upon Martin Lindstedt, 338 Rabbit Track Road, Granby, MO 64844, by placing the same in a First Class postage-prepaid, properly addressed, and sealed envelope and in the United States Mail located in City of Mentor, Lake County, State of Ohio.

/s/ Bryan Anthony Reo
Bryan Anthony Reo (#0097470)
P.O. Box 5100
Mentor, OH 44061
(T):  (440) 313-5893
(E):  reo@reolaw.org
*Pro se Plaintiff and Counsel*

Dated:  September 11, 2024