UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BRYAN ANTHONY REO, *et al.*, | ) | Case No.: 1:19 CV 2103 |
| | ) | |
| Plaintiffs | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| MARTIN LINDSTEDT, *Pro Se*, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | ORDER |

Consistent with this court's Order on this same date adopting the Magistrate Judge's Report and Recommendation, the court hereby grants in part and denies in part Plaintiff's Motion for Sanctions (ECF No. 155). The court will not impose default judgment as a sanction, but will impose lesser sanctions, if warranted, such as precluding Defendant from introducing documentary or testimonial evidence on an issue in respect to which he has failed to produce the required discovery. The court will assess all of the responses alleged to have a deficiency in this light. In reaching its conclusion, the court did consider the potential of bad faith of the Defendant as well as his seeming lack of comprehension of court requirements and processes.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

September 16, 2024