**FILED**
**SEP 16 2024**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICTCOURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **BRYAN ANTHONY REO, et.al.,** | ) | Cases # 1:19-cv-2103/2589/2615/2786 |
| | ) | |
| Plaintiff/Counter-Defendant | ) | Judge Solomon Oliver, Jr |
| vs. | ) | |
| | ) | Rule 59(e) and Rule 60(3)(6) |
| **MARTIN LINDSTEDT, et. al.** | ) | Motion for Judge Solomonl to reconsider |
| Defendant. | ) | his 10 Sept 2024 Judgment (Doc 171) |

## DEFENDANT'S Rule 59(e) and Rule 60(3)(6) Motion for Judge Oliver to Alter, Amend, Abolish or Amend or Reconsider his 10 September 2024 Doc 171

COMES NOW the current Defendant Pastor Martin Lindstedt (hereafter in person described as "Pastor Lindstedt) OF THE Church of Jesus Christ Christian / Aryan Nations of Missouri (hereafter described as Pastor Lindstedt's Church) to timely file a Federal Rule of Civil Procedure (hereafter F.R.Civ.P.) Rule 59(e) and Rule 60(3)(6) Motion for Judge Oliver toAlter, Amend, Abolish or Reconsider his 10 September 3934 Order (Doc 171) Order both disallowing Pastor Lindstedt since he doesn't have the money or a vehicle able to drive 850 miles to simply telephone in the Pre-Trial Conference set for 12September 2024 and thus simply is unable to be present. Also, given Bryan Reo's demand for legalistic niceities, this Court should have assigned a Pro Bono Civil Councel under the Amended (effective 28 August 2024) Local Rule 83.10 given that Pastor Lindstedt filled out the Form J Certificate of Need. This Court further erred in granting Bryan Reo's latest Motion to Strike or Seal Defendant's Motions on the spurious grounds that an Aryan Nations pastor (like Pastor Lindstedt's motions are racist given that this Bryan Reo civil lawfare was because Pastor Lindstedt is trying to remove known government agent provocateur Bryan Reo from infesting the racial and political White Supremacist Aryan Nations Church. In short Bryan Reo's civil lawfare is being used to steal Pastor Lindstedt's South Dakota inheritance under color of law. The magistrate judge Parker kept on demanding on

1

retrial that Pastor Lindstedt answer Bryan Reo's barratrous Requests for Admissions, Interrogatories, and Discovery which Pastor Lindstedt did answer in all four cases at least twice before, indeed Pastor Lindstedt would in his third time to answer simply look at how he had answered it before and cut half the racism and still Bryan Reo made motions to strike or seal. This will make it difficult to impossible for a jury to hear or evaluate as tryers of fact what antifa barrator Bryan Reo claims is his and his fake-plaintiffs his wife and father's harm or actual damages. Thus the Sixth Circuit Court of Appeals might have to order a re-retrial or dismiss this Bryan Reo civil lawfare altogether. Thus since practically everything that Pastor Lindstedt has submitted on the current retrial has been struck or sealed this retrial shall doubtless have to be redone or these fraudulent cases dismissed altogether. Bryan Reo has already in effect stolen Pastor Lindstedt's South Dakota inheritance and cost Pastor Lindstedt's sister $150,000+. Thus all the evidence given during the initial trial and this retrial has been sealed by this Court which shall have to unseal or allow it to be heard by the jury which gpes against the decisions of this Court which were negated by the Sixth Circuit Court of Appeals. Why the Sixth Circuit Court of Appeals would this time allow Bryan Reo barratry against an Aryan Nations White Supremacist Defendant granted by a negro judge means that the Sixth Circuit has decided to no longer hold the line against racial and religious civil warfare and revolution.

    Bryan Reo has made ridiculous claims that Pastor Lindstedt has defamed Bryan Reo a known homosexual jewlatto (part jew and negro mongrel) agent provocateur and his wife and father (which were not mentioned by name and mentioned only by derogatory racial nicknames) and thus "defamation" never actually never took place. Bryan Reo simply lied about "homosexual incest" and "transgendered prostitutes" which never was said or written by Pastor Lindstedt on his Aryan Nations web pages. Bryan Reo came up with new lies in his recent

2

motions (Docs 169 and 170) about how Pastor Lindstedt is idiotically bragging about storing $100,000 in case in the place where he dwells, thus inviting robbery by numerous Granby crackheads who do break into these 120+ year ruins to steal electric coffeepots and canned goods which haven't turned bad yet. Pastor Lindstedt only has a 2005 Chevrolet Venture Van with a water-pump leak and a 1998 Suzuki Swift on blocks with only the Van being insured and neither vehicle bought for over $1,000 back in 2017. Pastor Lindstedt doesn't have the funds to fix the 2005 Van or restart the 1998 Suzuki from its setting on blocks since the license plates expired in July 2020. Thus the mandate of Sept.10, 2024 Doc 171 of Judge Solomon is impossible to obey. If this Judge wishs to send a US Marshal to arrest Pastor Lindstedt to hale him before this Court, Pastor Lindstedt asks to be allowed to bring a laptop and hard drive and to be fed and watered and brought back from Cleveland.

Insofar as any "settlement" with Bryan Reo needing to be worked out, there shall be none. Bryan Reo begged for a deal in which Pastor Lindstedt wouldn't publish any more Bryan Reo material after a Halloween 2010 Talkshor podcast and Bryan Reo kept the deal he begged for all of four days and then broke on 5 Nov.2010. Bryan Reo broke sgreemants he made with Everett "Buck" McHugh three times and with John Britton twice. John Britton was interefered with on his civil suit against Rolls Royce for a helicopter crash and Buck McHugh lost his stockbrokers license and $2.5 million. There simply is no agreements or settlements to be made with an antifa homosexual jewlatto mongrel ZOGbot working to disrupt Dual-Seedline Christian Identity White Supremacist domestic terrorists/ insurrectionists like Pastor Lindstedt and his Aryan Nations Church. Pastor Lindstedt has and will use Bryan Reo lawfare to justify using ZOGbiowar prion-poisoning against the ZOG/Babylonian populations of the ZOGland and the states of South Dakota,Ohio and Missouri. In fact Pastor Lindstedt is planning to work with

President Vladimir Putin of Russia to take advantage of Putin's decrees of 23 March and 19th August for asylum of political and religious dissidents to form émigré communities in Russia much like the Pilgrims and Heugenots which fled from England and France in the 1600s.

There is not going to be any settlement with Bryan Reo. Rather PastorLindstedt's property should be returned to him, Pastor Lindstedt's sister restored and Pastor Lindstedt be allowed to sell it so as to lead a colony of ZOGling white supremacist and Christian Identity dissenters to a new life in Russia given that Russia has ample lands and low population in which there are no jews or negros. But for now, Pastor Lindstedt wants Judge Solomon Oliver to take back his foolish and unnecessary 10 Sept.2024 Order (Doc 171) and appoint a pro bono counsel, allow Pastor Lindstedt to save up money for trial by jury in Cleveland on 4 Nov. 2024, unseal all sealed documents and pleadings and let this matter be tried on the merits before a jury. Pastor Lindstedt simply is unable to show up for a pre-trial conference on 12 September and it is time for this Court to accept reality. Civil lawfare leads to civil warfare which destroys all mighty evil empires . . .

Hail Victory!!!



/S/. Pastor Martin Lindstedt
Defendant/Appellant, First Servant of YHWH's Servant Nation of Aryan Christian Israel
Pastor, Church of Jesus Christ Christian/Aryan Nations of Missouri
338 Rabbit Track Road, Granby Missouri 64844
(P): (417) 472-6901, (E): pastorlindstedt@gmail.com

## Certificate of Service

A copy of the foregoing was going to be mailed 11th Sept. 2024 to Plaintiffs Bryan Reo and his Fake-Plaintiff Wife & Father , P.O Box 5100, or Mentor Ohio 44061 and with an e-mail copy sent out later. An e-mail was sent to the Reo [laintiffs and fake-plaintiffs
I, Pastor Martin Lindstedt do hereby certify that a true and genuine original of this was mailed 11th September 2024 to the Clerk of the Court, Carl B.Stokes US Courthouse, 801 W. Superior Ave. Cleveland, Ohio 44113-1830 An e-mail shall be sent as well.

4