**IN THE UNITED STATES DISTRICTCOURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**FILED**

SEP 1 9 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| **BRYAN ANTHONY REO, et.al.,** | ) | Cases # 1:19-cv-2103/2589/2615/2786 |
| | ) | |
| Plaintiff/Counter-Defendant | ) | Judge Solomon Oliver, Jr |
| vs. | ) | |
| | ) | Answering Bryan Reo Objections |
| **MARTIN LINDSTEDT, et. al.** | ) | and Request for Amended Local Rule 83.10 |
| | ) | Assigned Pro Bono Counsel |

## DEFENDANT'S ANSWER TO BRYAN REO OBJECTIONS TO TELECOMMUNICATIONS FOR PRE-TRIAL CONFERENCE AND A REQUEST USING AMENDED LOCAL CIVIL RULE 83.10 ASSIGNED PRO BONA COUNSEL

COMES NOW the current Defendant Pastor Martin Lindstedt (hereafter in person described as "Pastor Lindstedt) OF THE Church of Jesus Christ Christian / Aryan Nations of Missouri (hereafter described as Pastor Lindstedt's Church)  to Answer Bryan Reo'ssundry lying Objections to Pastor Lindstedt's Request for the Pre-Trial Conference to be done via teleconference given that Pastor Lindstedt simply cannot afford  on an erratic  $500 per month income to spend two months income on going 850 miles and back for a Pre-Trial Conference given that Bryan Reo refused the Local Rules and F.R.Civ.P  Rule 26 Initial Disclosures especially the Computation of Damages, especially given that Bryan Reo as an agent provocateur when detected by Pastor Lindstedt begged Lindstedt  to not publish Bryan Reo infiltration in return for leaving the Movement and then broke the deal Reo begged for after five days. Reo has no right to disrupt Christian Identity and White Supremacist churches or gangs and when detected has no right to expect privacy as a ZOGbot. Rather Bryan Reo has used civil lawfare to engage in a precursor of civil warfare, and forcing Pastor Lindstedt  who he has impoverished to engage in further discovery when all along the basis for the Reo lawsuits have been on the Aryan Nations forum all along since Sept.2019. There is no need for further discovery, especially given

1

that Bryan Reo has hid his actions, refused to grant discovery for the past decade, indeed has sued Pastor Lindstedt for informing the Movement of Bryan Reo activity through thirty + lawsuits made for the sole purpose of stealing through barratry and deceit Pastor Lindstedt's Stanley County South Dakota inheritance formerly worth $2 million now worth half of that value given that the land hasn't been kept up due to Bryan Reo and his attorney Robert Konrad taking all the rental money, costing Pastor Lindstedt's sister $150,000+ and not paying the property taxes. Pastor Lindstedt mailed on Sept.6th a second proposal to hold a pre-trial conference via telephone and got in touch with Judge Oliver's secretary about Pastor Lindstedt's sole vehicle springing a water-pump leak and thus definitely not able to go more than 10 miles away from home. Bryan Reo has sent off his lying objections. In this filing Pastor Lindstedt answers those Bryan Reo lying objections and proposes, given the amended Local Rule 83.10 Appendex J that if this Court doesn't like Pastor Lindstedt's racist briefs, that as of 28 August 2024 that this Court appoint a Pro Bono Attorney who will take Pastor Lindstedt's discovery and present it in a form more pleasing to this Court. As said countless times before, Bryan Reo is an agent provocateur tasked with disrupting Christian Identity and White Supremacist religious and political activity and Bryan Reo has chosen to use these tasks to enrich himself and his fake-plaintiff wife and alleged father.

Insofar as Bryan Reo as a crybully whining about whether this Court chooses to wonder why Pastor Lindstedt didn't get his Trial Scheduling Order of 13 August 2024 until the 20th August, this is just a week. PastorLindstedt did pick it up at his 338 Rabbit Track Road mailbox at the foot of the hill after going home from the Hope Kitchen soup kitchen on Neosho from their feeding the poor on Tuesday night. Bryan Reo complains about how Pastor Lindstedt not being a lawyer doesn't have the electronic filing priviledges that Reo has and how this Court refuses to

allow white supremacist pro se Defendants access given that they have no love of agent provocateur barratry. Since Pastor Lindstedt usually waits until the end of the quarter to access PACER to avoid getting a bill it is all Pastor Lindstedt's fault that he doesn't keep up with the Court's wanting to give all of Lindstedt's property to government-licensed attorneys like Bryan Reo and Robert Konrad and theys' friends and family. This attitude when put into practice is why civil lawfare inevitably leads to civil warfare and the end of many mighty evil empires no matter how seemingly strong. Suffice it to say that this mighty evil empire is not "exceptional" enough to survive this civil conflict under color of 'law'. There is no real "complex matters." Bryan Reo as a homosexual mongrel wanting to play "Teutonic Crusader" over the Internet decided to oppress and harass numerous people wanting to follow the ways of Christian Identity and so Pastor Lindstedt who has been a militia leader and pastor for 30 years decided to find out who this anonymous pesterer calling itself "SwordBrethren" who was injecting jewish police snitches actually was, then when Reo was detected begged to be allowed to leave inpeace, then after four days broke the very agreement that he had begged for. Bryan Reo has a sordid history of making deals to stop harassing people and then breaking such deals twice or more. There will be no "settlement" with Bryan Reo but rather using ZOG-made biological weaponry against sundry ZOG regimes and ZOGlings to hasten collapse and bring about open civil warfare.

Bryan Reo then gives sundry narratives, some of which this Court can disprove by listening to its own recording of the conferences. On Dec.17, 2019 Bryan Reo was yapping about how hard it was to show any damages (when it was supposed to compute them months before). Typing in Google search the name of Pastor Lindstedt has many pages involving Reo v.Lindstedt litigation and few people especially psychiatrists wish to get involved as "expert witnesses" between a professional plaintiff like Bryan Reo or a notorious white supremacist running the

3

Aryan Nations. What Bryan Reo's father as a plaintiff would have to say is likely unimportant given that he and Pastor Lindstedt haven't exchanged a single word and the story about "homosexual incest" is altogether Bryan Reo derived. In any case, Pastor Lindstedt has not referred to fake-plaintiff Bryan Reo's father as anything other than "Ol' Niggerlips' Alleged Spawner" and thus any 'defamation' would have to be studied up upon, thus no defamation given that this is not Bryan Reo's father's real name. Hence no defamation and thus Bryan Reo's father is a "fake-Plaintiff". The same holds true for Fake-Plaintiff Mrs.Reo who was not referred to other than as "Mrs.Niggerlips" and who Bryan Reo wrote about in a public Quora post which Reo deleted and Pastor Lindstedt republished. There was not any writing about "transsexual prostitute" and in the retrial discovery which Magistrate Parker demanded PastorLindstedt again "answered" that having never looked under 'Mrs.Niggerlips' tail' never ventured an opinion as to her private parts. Of course these answers while not stricken were sealed, which leads to an interesting mistrial and yet another appeal to the 6th Circuit as to the handling of the retrial as to whether given that there never was any "defamation" of a "Mrs.Niggerlips" why this matter ever was allowed to be heard, much less retried on the merits. This among other reasons why this Court should appoint a pro bono civil attorney for Pastor Lindstedt and let Pastor Lindstedt feed his massive discovery on Bryan Reo to present in a form far more appealing than the racist unvarnished truth.

Bryan Reo then goes on to say that this matter is "complex" when it is really very very simple. Bryan Reo is an agent provocateur tasked with destroying white supremacist and Christian Identity dissent from the Aryan Nations and Pastor Lindstedt and working in conjunction with other antifa lawyers have already stolen Pastor Lindstedt's inheritance. So Pastor Lindstedt intends to use ZOG-made biological weaponry, especially prions, to spread

Chronic Wasting Disease to affect cattle and then people and other biological weaponry involving ticks and mosquitos to destroy the agricultural productivity of the ZOGland. Pastor Lindstedt found out three months ago that four counties in Ohio have Chronic Wasting Disease and that likely within five years it will be in Cleveland as in the counties around Columbus. Also that Stanley County South Dakota got CWD four years ago, that it has crossed the Missouri River and is in the East River part of the state, and that someone is spreading CWD to uninfected counties 80 miles away from the closest outbreak. Now that prion-poisoners no longer have to travel all the way to Wyoming or Wisconsin to harvest sick deer it can spread further than the 36 states and Western Canada and in reindeer in Norway and into cattle and further into the human population. Noted Missouri outdoor writer Larry Dabblemont wrote that someone died from eating a sick deer in Jasper County and after an agonizing death had to be cremated. Dablemont noted that one-tenth of the nursing home population that dies supposedly of Alzheimer's actually dies of NewVariant Jacob-Kreutzfeld transmissible spongiform encephalopathy eating holes in their brains. Hence injecting a hypodermic needle between the skull and backbone of a dead deer into a cow would mean that no one would buy South Dakota beef and then the five-sixth of South Dakota land like Pastor Lindstedt's inheritance would immediately become worthless and non-taxable. Bryan Reo's lawyer Robert Konrad who used to work for the Ollinger Law Firm which used to negotiate grazing leases for Pastor Lindstedt, his brother and mother and notified Bryan Reo that Pastor Lindstedt had something worth stealing will become the next South Dakota sttorney general and will preside over the extermination of the South Dakota bar which let him and Bryan Reo run wild.

So this case is really simple. Are corrupt lawyers allowed to work with corrupt judges to steal the property of racial and religious dissidents? Pastor Lindstedt has already lost his

inheritance due to the South Dakota judiciary giving Bryan Reo his inheritance based upon Bryan Reo civil lawfare in Ohio. So along with prion-poisoning South Dakota, Missouri, Ohio might as well be next. Prion-poisoning might well be more deadly than chernobyling the North Perry Nuclear Power Plant.

Insofar as any 'settlement' with Bryan Reo, Everett "Buck McHugh cut a deal with Bryan Reo three times and still lost his stockbroker license. Johnny (Tonto) Britton cut a deal with Bryan Reo twice. Pastor Lindstedt granted a deal in which he wouldn't report on Bryan Reo antics in infiltrating the White Nationalist and Christian if there wasnothing new to report,i.e. Bryan Reo would leave the Movement and not ever come back after the 2010 Halloween Talkshoe show about jews and mongrels in the Movement. After four days of 1-4 Nov.2010, Bryan Reo violated the very deal he had begged for onNov.5, 2010 and started printing on his "SwordBrethren" blog on his fellow jewish ZOGbot Baal Finck's Christogenea forum the Eli Jsmes/Joseph November's slander: Rabbi Lindstench: Race-Traitor or Jew article calling Pastor Lindstedt a child molester and a convicted one at that 29 times.Bryan Reo then took downAryan Nations web pages and forums, interfered with John Britton's civil lawsuit against Rolls-Royce subsidiary (even though Britton and Reo made a deal) and later began a civil lawfare campaign. Pastor Lindstedt shall not sign over his inheritance to Bryan Reo or make any new deal with Bryan Reo. Rather the new deal is that Pastor Lindstedt shall surely liquidate every single lawyer, judge, policeman along with they's entire families in South Dakota and Ohio, take advantage of President Putin's 19 August decree to allow political and religious dissenters residence to citizenship in Russia, and work with the Chinese and Russians to finish off ZOG/Babylon by working to expand the current civil war. Since there is not going to be any new deal or 'settlement' with Bryan Reo, there doesn't have to be any pre-trial conference. Rather let

the trial of 4 November 2024 proceed along with the next half-dozen new civil lawfare instituted by Bryan Reo and his ZOGbot pals.

By this Courts granting the new 28 August 2024 Amended Local Rule 83.10 of a pro bono licensed attorney (and Pastor Lindstedt has filled out the enclosed Appendix J Affidavit of Need) then by feeding the pro bono attorney Pastor Lindstedt's discovery then this Court can have its useless pre-trial conference at its leisure by another officer of this Court.

That Pastor Lindstedt records all Bryan Reo calls and puts them out on the Internet to show Bryan Reo barratry is admitted. However there is not going to be any new deals or settlements with Bryan Reo because Reo violates them. Nor will a separate deal negotiated by the Court do any good. Magistrate Roll of Lske County tried to tell Bryan Reo that litigation would mean Bryan Reo becoming a public figure and that Pastor Lindstedt as the head of the Aryan Nations would lose before a Lake County jury. Then he said that he couldn't understand wither Bryan Reo or Pastor Lindstedt but Pastor Lindstedt was harder to understand. Pastor Lindstedt informed Magistrate Roll that Bryan Reo was a satanic homosexual jewlatto ZOGbot and didn't care if Northeastern Ohio was wiped off the map. And that Pastor Lindstedt was exactly the sort of person who was eliminated by Ohioans during the first civil war.

Bryan Reo has no intention of obeying any rule of procedure and neither does Pastor Lindstedt. Magistrate Parker insisted that Pastor Lindstedt answer Bryan Reo's Request for Admissions, Discovery, etc.and the result was that Pastor Lindstedt responded as with the very first Answer, the Second Answer, and numerous other answers. And Bryan Reo responded with numerous Motions to Strike and if the bogus Motions to Strike are not granted then a Motion to Seal is demanded. In short no evidence about Bryan Reo as a professional agent provocateur out to enrich himself from Pastor Lindstedt's inheritance will be allowed at trial.

7

Bryan Reo correctly predicts that the way things are going that there will be an appeal, and that likely the 6th Circuit will blink and ask for another retrial. On page 8 and 9 Bryan Reo asks that the consolidated trial be split up into four separate cases with fake-Plaintiffs his wife and father be allowed theys' own separate ring of the circus so that Bryan Reo can reapply his sundry lies as opposed to sticking with one main lie. The fact of the matter is that Pastor Lindstedt was motivated to find out who "SwordBrethren the Teutonic Crusader" was who oppressed the aboveground Christian Identity Church, found out that it was the notorious homosexual mongrel Bryan Reo the Mamzer from Mentor and once it was indisputable that it was Bryan Reo agreed to let Bryan Reo to run-off but Bryan Reo broke the very deal he begged for and after a lot of Bryan Reo troubles decided to publish Bryan Reo doings, including that Reo had a Brazilian Sephardic jew wife and that Bryan Reo's father was – surprise!!!-- a mongrel just like his alleged son. Neither of the fake-plaintiffs were mentioned by name much less called by anyone other than Bryan Reo 'homosexual incestors' or 'transgendered prostitutes". This is altogether Bryan Reo lies to advance barratry using local corrupt attorneys and judges.

Insofar as (page 9) LiarBill "MumpsNut"DeClue is concerned, he begged and begged John Britton in Idaho or Pastor Lindstedt to ordain it. Since Florissant a suburb of St. Louis is 300 miles away, LiarBill came down the first weekend of Oct.2010 and sat down while Pastor Lindstedt created a diploma/ordination) certificate. LiarBill said that he would never accuse Pastor Lindstedt of being a child molester because he was accused of sexual assault by his niece. Then LiarBill then told a tale of woe about how his two sisters were mudsharks who married two negroes and spawned niglet nieces and nephews. Then how at 17 he joined the Air Farce and was Section 8ed out when caught stealing. Then using laptop Toshiba #2 LiarBill signed into the StormFront White Nationalist forum with his password to show Mark Downey, a ZOGbot

8

Klansman from Seattle who married the "Klailiff" of the Washington State Klan run by a jew

named Badinsky who pimped out his jewess wife named Debbie as a sexual mascot to the rest of

the Klan. Meercat Mark Downey was a "No Devil" and him and his wife would routinely try to

take over then ban us Dual-Seedliners. When she did that Pastor Lindstesdt said that Debbie

Downey was "No Klailiff (second in command of a Klan as no woman holds temporal power

over a man) but rather the Klan Klunt. The nickname took hold. LiarBill immediately started

back pedalling to these No Devil Doofusses on Stormfront, and so when LiarBill returned home

de-ordained LiarBill from Aryan Nations of Missouri. Told LiarBill that he should have driven

from St.Louis to Bowling Green just 267 miles as opposed to 300 from St.Louis to Granby if he

was going to go ass-to-mouth with the No-Devil Sapphiracy of Klunt. Later on thanks to LiarBill

putting in his password on Toshiba #2  I was able to read LiarBill's and the Moderators of

Stormfront's private messages for the next two weeks. LiarBill turned out to be a delusional Tard

who liked censoring the other tards on Stormfront. Also I looked up LiarBill's criminal record

and after LiarBill got kicked out of the Air Farce he kept on stealing and got caught and pled

guilty to a felony plea in 1982, thus having a record as a felon. In 1995 LiarBill threatened his

negro brothers-in-law with a 12 gauge shotgun, was disarmed, and as a felon with a gun pled

guilty and got a five year suspension of sentence after having to serve 120 days "shock time".

This was unusual and LiarBill instead spied on Ron Edwards' Imperial Klans of America. Ron

Edwards was civil lawfared by the Southern Poverty Law Center for millions and showed up on

the History Channel in 2009 as "Klan of Killers" with LiarBill in camoflague fatigues. However

the only act of violence was an Indian kid of 16 who was beaten up by some of the membership

at a county fair in Kentucky. Ron Edward was assessed $1.5 million and $1 million in punative

damages overturned on appeal and brought to retrial. Howevrr Ron Edwards didn't have an

inheritance to steal. While waiting to print up the certificate of ordination LiarBill confided to Roxie Fausnaught that he had mumps settle in his nuts and so was sterile and that he only had one testicle, hence the other nickname of "MumpsNut". LiarBill was thus a proven snitch and liar spying like Bryan Reo on the Movement. However the nickname "LiarBill" arises from his habit of lying. LiarBill would claim to be in touch with Bryan Reo and that PastorLindstedt's brother had the inheritance and just gave Lindstedt $5000peryear in trust funds. It wasn't until 2020 that Pastor Lindstedt figured out that it was Attorney Robert Konrad who told Bryan Reo about Pastor Lindstedt having an inheritance worth stealing in 2013. Also LiarBill claimed that the reason he puked up a dinner of spaghetti is that Pastor Lindstedt had boiled it up in a piss jug and that he had eaten it anyways.Rather LiarBill puked it up because he was scared that PastorLindstedt was violent and would kill LiarBill.Pastor Lindstedt also said that he had fed LiarBill some chocaulate pudding but it wasn'treally pudding. The rest of the Movement got wind of this and made fun of LiarBill. Earlier in 2024 LiarBill gloated that the niece who claimed that LiarBill tried to rape her died of fentanyl poisoning and that his mudshark sisters died of cancer. Which is why with such offal PastorLindstedt refuses to take bowel Movement turds seriously. Such as Bryan Reo even though an agent provocateur isn't dangerous unless backed up by regime criminals of the courts. Then the only solution is civil warfare exterminating all of the regime criminals.

Finally Bryan Reo claims that Pastor Lindstedt is secretly rich. In order to try to get an SSI check Pastor Lindstedt sold a 1996 Chevrolet pickup and a 2011 Chevrolet HHR and put the Suzuki Swift up on blocks in 2020. Roxie Fausnaught died and her $1200 a month VA check as well. The only vehicle which runs is the 2005 Chevrolet Venture Van and the waterpump now leaks, but it has liability insurance. Pastor Lindstedt isn't going to put tires on the Suzuki

Swift,get insurance and a battery to spend $500-1000 on it given that Missouri law doesn't protect from judgment levy two vehicles, just one. Bryan Reo has always been obsessed with seizing Pastor Lindstedt's guns and electronics. So much for Reo pretense to be pro-2d Amendment.

The lie about how Pastor Lindstedt is bragging about having $100,000 cash stashed in his trailer walls is ridiculous. Just as there is no Aryan Nations posts about "homosexual incest" or "transgendered prostitutes" there is no idiotic posts bragging about having $100,000 in cash. As it is Granby crackheads break into Pastor Lindstedt's hovels at 338 and 337 all the time looking to steal stuff.In fact the new mayor Jamie Arnall-Conway two months ago claimed that Pastor Lindstedt had "dangerous buildings" over 120 years old with the roofs falling in and that baby crackheads could be hurt by being bit by "Copperhead Security" or having the roof fall in. The next day while Pastor Lindstedt was getting a free meal at the Granby Senior Center Mayor Crooked-Ira-with-tits (my new nickname for her) admitted that she really hated baby Granby crackheads because they stole her kids' bikes just before Christmas. Pastor Lindstedt found out that far from being scared of Pastor Lindstedt's old hovels that some crackhead viewed the place as sanctuary jumping through an open window and her fat scared expensive pigs lured from the Newton County Sheriff's Office were too chickenshit to brave the copperheads and poison ivy to go in after the crackhead. So in order to force Pastor Lindstedt to sign up for Granby's sewer water and sulphur system the Granby council-criminals are going to force the owners of these abandoned buildings to pay $1000a year to hook up to the $15-20 million Granby water asystem. So a month or so ago, Pastor Lindstedt sought to protect the old hovels in his and the deceased Roxie Fausnaught's name to Pastor Lindstedt's Aryan Nations Church to forestall Granby council-criminal thievery.

Last Monday while checking the mail, Pastor Lindstedt noticed some old electric coffeepots and empty boxes lined by the side of the road where crackheads walk in and jimmy the hasps and sort out stuff to steal for later pickup via vehicle. Pastor Lindstedt has reset the hasps on one hovel and intends to board up the other. However the idiotic and lying notion that Pastor Lindstedt would brag about having $100,000 in cash for some crackhead to steal is simply yet another Bryan Reo lie which Bryan Reo claims absent showing where it actually occurred. Bragging like an idiot to locals about having $100,000 for them to steal would be suicidal.

Lastly, regarding Bryan Reo's latest Motion to strike or seal the record. Bryan Reo after the first initial conference in the first Solomon Oliver case was so angry that Pastor Lindstedt recorded it and placed it on the Aryan Nations web page where everyone could hear Bryan Reo's mamzer monotone of threats, delusions, sundry lies, refused to hold Rule 26 and LR 16 ordered pre-trial conferences. The most ridiculous was for Bryan Reo's father's fake-plaintiff case where Pastor Lindstedt chided that "they were two coons shy of the coonference" . Bryan Reo did not appreciate the jape and so lied when the case was before Judge John Adams claiming that the "coonference" didn't take place because Pastor Lindstedt, as opposed to Bryan Reo and his father didn't show up. Judge Adams lost his temper and demanded that Pastor Lindstedt be forced to show up on Akron or Youngstown. Then covid-19 was declared a plandemic and the general rule is that live meetings were done away with in favor of teleconferencing and e-mailing. Pastor Lindstedt being locked up in a nuthouse for refusing to accept a public pretender thought that Judge Adams being threatened with a Nuthouse stint would be relaxed towards Pastor Lindstedt but such didn't prove the case but Adams believed Bryan Reo lies. Being cursed at by Judge Adams msde Pastor Lindstedt disrespectful towards Adams later. An Aryan Nations pastor cannot be respectful towards the Satanic ZOG/Babylon System or its functionaries.

12

In short, Pastor Lindstedt simply lacks to money to get to Ohio and back, there is not going to be any new deal or settlement with Bryan Reo. Pastor Lindstedt would be able to set up a table outside his sister's aluminum-sided trailer outside to to a pre-trial conference or to go to the Springfield Missouri federal district court. Pastor Lindstedt intends to make it for trial on Nov.4, 2024 and hopefully end this Bryan Reo civil lawfare.

Agent provocateur Bryan Reo will simply have to prove his case on the merits and this Court should stop letting Bryan Reo run wild. An Affidavit of need for a pro-bono attorney is enclosed as well.cf.Amended (28 Aug.2024) L.R.83.10

Civil lawfare leads to civil warfare which destroys all mighty evil empires . . .

Hail Victory!!!

/S/. Pastor Martin Lindstedt
Defendant/Appellant, First Servant of YHWH's Servant Nation of Aryan Christian Israel
Pastor, Church of Jesus Christ Christian/Aryan Nations of Missouri
338 Rabbit Track Road, Granby Missouri 64844
(P): (417) 472-6901, (E): pastorlindstedt@gmail.com

# Certificate of Service

A copy of the foregoing was goingto be mailed 9th Sept. 2024 to Plaintiffs Bryan Reo and his Fake-Plaintiff Wife & Father , P.O Box 5100, or Mentor Ohio 44061 and with an e-mail copy sent out later. An e-mail was sent to the Reo [laintiffs and fake-plaintiffs

I, Pastor Martin Lindstedt do hereby certify that a true and genuine original of this was mailed 9th September 2024 to the Clerk of the Court, Carl B.Stokes US Courthouse, 801 W. Superior Ave. Cleveland, Ohio 44113-1830 A truncated copy to be file-stamped shall be enclosed as Pastor Lindstedt can't afford certified or tracking mail. An e-mail was sent to this court given that a decision needs be made before the mailing gets there.