## Exhibit A

## United States District Court
## Northern District of Ohio

Bryan Anthony Reo, Plaintiff

v.

Pastor Martin Lindstedt, Defendant

CASE NO. 19-cv-02103-SO

JUDGE Solomon Oliver

AFFIDAVIT OF NEED

1. I request the Court to appoint counsel to represent me in this case pro bono (at no cost to me).

2. My household income does not exceed 200% of the current applicable Federal Poverty Guidelines.

3. I lack assets sufficient to afford legal representation in this case.

4. I will notify the Court and my appointed counsel if my financial condition materially changes before completion of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 9 Sept. 2024

Martin Lindstedt Pastor
Plaintiff/Defendant
CJCC/ANP

338 Rabbit Track Road
Address

Granby, Missouri
64844

4