

FILED
SEP 19 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BRYAN ANTHONY REO, et.al., | ) | Cases # 1:19-cv-2103/2589/2615/2786 |
| Plaintiff/Counter-Defendant | ) | Judge Solomon Oliver, Jr |
| vs. | ) | |
| MARTIN LINDSTEDT, et. al. | ) | Holding Pre-Trial Conference via Telecommunications |

## DEFENDANT'S 2D REQUEST TO HOLD 12 SEPT. 2024 PRE-TRIAL CONFERENCE VIA TELECOMMUNICATION

COMES NOW the current Defendant Pastor Martin Lindstedt (hereafter in person described as "Pastor Lindstedt) OF THE Church of Jesus Christ Christian / Aryan Nations of Missouri (hereafter described as Pastor Lindstedt's Church) to Propose that the court-scheduled final Pre-trial Conference of 12 Sept.2024 be held via telecommunication given that Bryan Reo has stedfastly refused under varying pretexts to hold the pre-discovery under Federal Rules of Civil Procedure (hereafter F.R.Civ.P) Rule 26 to show his computed damages in three out of four of these malicious cases insisting that in order to achieve Reo's ends via civil lawfare that it had to be done via forcing Pastor Lindstedt to drive 900 miles to Ohio and back forever in all these pre-trial conferences. These cases have been created by Bryan Reo on behalf of fake-Plaintiffs Reo's wife and father in order to achieve the Satanic criminal regime's goals of truncating political, religious and racial dissent from Pastor Lindstedt and his Aryan Nations church and to enrich through civil lawfare the regime's multiracial agent-provacateur Bryan Reo. Pastor Lindstedt has in effect lost his inheritance in Stanley County South Dakota already and is living on less than $500 per month in an old single-wide trailer owned by his sister without running water living off canned beans, home-grown produce and soup kitchen food. Pastor Lindstedt's 2005 Chevrolet Venture van is in very bad shape and would be pulled over by countless police in

1

revenue-seeking stops and in any case Pastor Lindstedt doesn't have sufficient gas money to make it back from Ohio. (Second Request: The Labor Day Weekend when driving to the Neosho Soup Kitchen saw the water pump on the Chevrolet Venture Van leaking as a prelude to going out completely and so Pastor Lindstedt can't drive it except to Granby to check on the mail a mile away and filling the radiator in the cool mornings. It will cost several hundred dollars to buy a water pump and install it which Pastor Lindstedt simply doesn't have as a result of Bryan Reo civil lawfare. So it is unlikely that the van will make it up to Ohio, much less back. However a trial date of November 4, 2024 creates plenty of time to fix the water pump and set aside a cash reserve for travel to and back from Ohio.) Putting the 1998 Suzuki Swift car back into licensed status would require buying two new tires, a battery, paying the back property taxes on it since putting it up on blocks in 2020, perhaps fixing the windshield for it to pass inspection, renewing the liability insurance as Pastor Lindstedt seeking SSI benefits back in 2020 only could insure one vehicle, and so putting this old car back onto the road would cost $500-$1000 when Pastor Lindstedt has to make do with a $500 per month income from his Aryan Nations ministry. (Also, given that Bryan Reo applied for an execution order from the Newton County Sheriff in May 2023, and Pastor Lindstedt by then had sold the 1996 pickup and the 2011 HHR, and having excluded one vehicle from lawfare levy the Suzuki Swift up on blocks was safe from levy. If Pastor Lindstedt is able to recondition this vehicle which bears a 2020 license plate and spend $500-$1000 to get it working then Bryan Reo might well have it seized as an additional vehicle by the Sheriff. Sitting on blocks as opposed to working tires wards off Bryan Reo barratry.) Pastor Lindstedt did not get wind of this civil trial order until he went into Granby to pick up his mail the evening of 20 August 2024 when coming home from the Neosho soup kitchen and read this Civil Trial Order. For making the actual trial in Novmber Pastor Lindstedt shall ask for

donations from his Church and the Movement as a whole but the Sept. pre-trial conference should be done under the same rules as when the Covid plandemic was in effect. Simply put, this entire series of cases arose when Bryan Reo found a fellow antifa lawyer in South Dakota named Robert Konrad who used to work in a Pierre South Dakota law firm which handled rental pasture leases for Pastor Lindstedt, Lindstedt's brother and mother, and thus notified Reo that Pastor Lindstedt had an inheritance worth stealing conspired with the South Dakota authorities to steal it under color of law. And so they have. Throughout the course of these civil lawfare federal cases Bryan Reo has refused to compute damages or render his own discovery or initial disclosures – indeed this court and this judge commented on this in his orders – and the 6th Circuit Court of Appeals reversed and remanded these cases. Upon retrial the magistrate judge demanded that Pastor Lindstedt produce answers to Reo's self-serving legalese Requests for admissions and interrogatories and discovery and Pastor Lindstedt has responded frankly that Bryan Reo hasn't suffered any damages given that upon detection of his alias around Halloween 2010 Bryan Reo went pleading for a deal to where if Pastor Lindstedt wouldn't publish anything more concerning Bryan Reo that Bryan Reo would leave the Movement (as the racial and religious right-wing dissident network calls "our thing") and not cause any more trouble for those of the Christian Identity faith then nothing more would have to be published if there was nothing more to publish. Bryan Reo kept that agreement he begged for and received for all of four days, Nov. 1-4, 2010 and then on 5 November 2010 resumed the struggle by reprinting on "Saxon Brethren" blog given to him by William Finck. William Finck is yet another jew mongrel pretending to be a Christian Identity pastor after getting out of prison after a plea bargain for murdering in the Jersey City jail a Puerto-Rican sneak thief due to be released soon anyways. For thirteen and a half years Bryan Reo called Pastor Lindstedt a "convicted child molester" and Pastor

3

Li[...]t called Bryan Reo "Ol' Niggerlips Esquirrel the Mamzer from Mentor" and commented on [...]'s non-white appearance, effeminate manner, and past history in the Movement. It wasn't un[...]13 that Bryan Reo and Attorney Konrad decided to work out a scheme to seize through law[...] Pastor Lindstedt's Stanley County inheritance through civil lawfare. First a DMCA co[...]int which was moved to the Western District of Missoui and then dismissed as frivolous by [...] Whitworth.

Whereupon Bryan Reo eight days later filed a civil lawsuit in Lake County Ohio against Pa[...] indstedt, a bogus civil stalking protective order and then having formed a white su[...] cist civil lawfare group with his lawyer friends, filed in early 2016 before the Mentor O[...] al court an additional action against the Church of Jesus Christ Christian, Roxie F[...] gla Pastor Lindstedt's bedbound domestic companion, and again Pastor Lindstedt but th[...] ntor court, mindful of Bryan Reo behavior, refused to hear it, so the Lake County Court o[...] mon Pleas usurped jurisdiction much like the Canaanite courts of Sodom, Gomiorrah, Ad[...] Zeboyim and Zoar did against outsiders. Bryan Reo was busily founding the antifa fa[...] Foundation for the MarketPlace of Ideas/ZOGbot Poverty [F]Law Center as a white su[...] cist lawfare group and so did not change the bogus civil complaint until the Ohio Statute of L[...] tions expired and so filed an appeal to hide that fact – just as Reo does at the federal le[...] and thanks to a corrupt judge and a biased jury got a $105.00 judgment against Pastor Li[...] t and $400 against his Aryan Nations Church.

[...] hen Bryan Reo has sent Pastor Lindstedt a delusional "settlement offer" in which B[...] demands that Pastor Lindstedt "voluntarily" signs over his South Dakota inheritance, g[...] at the cost Lindstedt's sister hundreds of thousands in lawyers fees in conspiring with R[...] onrad for his civil lawfare, Bryan Reo has initiated yet another civil lawfare case

4

ag... Pastor Lindstedt in Lake County Ohio, Reo v.Lindstedt 24CV001136. Like the case last
y... ich had to be dismissed last year for lack of jurisdiction in Lake County the case involves
P... indstedt documenting the past 34+ cases and providing the case-record filings. Pastor
Li... It was not around when service was attempted by Federal Express and then the Newton
C... Sheriff. Pastor Lindstedt is waitingfor service by publication so that the sundry anti-
go... ent groups can join in prion-poisoning the ZOGland now that Newton County has
inf... deer so it is no longer necessary to go to Wyoming to harvest prions. Bryan Reo wants
P... indstedt to simply sign over his inheritance to Bryan Reo so that Reo can get his payoff
w... further civil warfare or appeal. Bryan Reo admitted costing Pastor Lindstedt's sister
hu... s of thousands in costs for his civil lawfare against her and threatening yet another five
c... civil lawfare within the next 18 months. Thus Pastor Lindstedt has plenty of Bryan Reo
m... to display at trial on 4 Nov.2024 and hopes that a counter-suit will end ZOGbot Bryan
R... vil lawfare and these regime court's enabling it. Civillawfare leads inevitably to civil
w...

The problem is that Bryan Reo was a notorious homosexual jewlatto who didn't dare
at... Christian Identity church or Klan Rally without risking being killed and having his
ca... imposed of so it was via Internet that all these jews,mamzers, and ZOGbots wormed
th... way in. When thanks to Baal Finck's stupidity that PastorLindstedt found out that
"... rethren the Teutonic Crusader" was actually the notorious "Bryan Reo/Ol' Niggerlips
th... Mamzer fromMentor" Bryan Reo after the Halloween Talkshoe show with Eli James
(a... jew pretending to be See-Eye Dentist) that Bryan Reo now unmasked and so offered a
d... hich Pastor Lindstedt wouldn't publish any more Bryan Reo exposes and Bryan Reo
w... ave the Movement forever. No more Bryan Reo antics no more new Bryan Reo

5

re— —e. This deal was made by Bryan Reo the next day after the Halloween program on 1
N— —er 2010. Around 10:30 am Bryan Reo, Everett "Buck" McHugh and a "Martin41" called
P— Lindstedt with Bryan Reo trying to find out how Pastor Lindstedt found out Bryan Reo's
id— if it was or wasn't Buck McHugh. Pastor Lindstedt decided to blame it on a "Teamspeak
sp— in the Baal Finck infilltraitor network and that it wasn't Buck McHugh. Which it wasn't
di— In May 2013 Pastor Lindstedt contacted Buck McHugh asking why Buck gave
ev— ing out except Bryan Reo's real name and address and Buck McHugh revealed that Bryan
R— cost him $2.5 million and his stockbroker license so Buck was terrified of Bryan Reo.
G— at Bryan Reo has broken agreements with Buck McHugh three times and with John
B— twice and Pastor Lindstedt once, there is not likely a settlement to be made but rather this
ci— —fare must proceed to its civil warfare terminus.

The fact is that Pastor Lindstedt hasn't changed his story in the past dozen years and 34+
ci— fare cases. Bryan Reo could have avoided any damages by simply keeping the deal he
of— to stop harassing the aboveground Dual-Seedline Christian Identity and White
S— —ist Movement and only bother the collection of jews, homos, mongrels, and ZOGbots
p— it now on behalf of the Mighty Evil Empire well in the process of Collapse. Pastor
Li— of the Aryan Nations will urge others to engage in a low-level insurgency by klansmen
to— —poison the ZOGland to kill millions of whiggers and non-white and jew ZOGlings to
h— —dbase. There is plenty of documentation on Pastor Lindstedt's Aryan Nations websites
— — Lindstedt certainly hasn't been a shy advocate of white supremacist domestic terrorism
a— — the religious teachings of Christian Identity to religiously justify it – and Bryan Reo's
n— has been exposed. However due to Bryan Reo lawfare the discovery demanded has been
s— from the record for retrial. Bryan Reo has terrorized any pro-Lindstedt witnesses like

6

P… …though to where they won't testify, and Bryan Reo refuses to provide discovery regarding
th… …piracies of his fellow ZOGbots like Attorney Robert Konrad. Thus any trial should
ex… …he essential facts of this case. The Aryan Nations Pastor Martin Lindstedt was
d… …ed to find the identity of "SwordBrethren the Teutonic Crusader" who was oppressing
th… …re-ground Christian Identity Church. Due to Baal Finck and Bryan Reo stupidity they
w… …osed. Bryan Reo begged to be allowed to withdraw in peace which Pastor Lindstedt
a… …nd within 4 days Bryan Reo violated the agreement he sought out in the first place. For 3
½… …Bryan Reo claimed Pastor Lindstedt was a convicted child molester and Pastor
Li… …t exposed Bryan Reo as a jewlatto homo ZOGbot. In 2013 Bryan Reo found out through
fe… …ntifa lawyer Robert Konrad that Pastor Lindstedt had a South Dakota inheritance worth
s… …So Bryan Reo took down his slander on Baal Finck's web pages and initiated a
fr… …d Digital Millennial Copyright Act action in the Ohio federal district court which was
m… …the proper venue of Missouri and after a year and a half dismissed. Bryan Reo begged
to… …Lake County Ohio and pretended that stuff said in 2010 wasn't beyond the Ohio
S… …of Limitation of one year for slander. Due to the Ohio courts allowing this matter to
p… …eventually a $105,000 damages against Pastor Lindstedt and $400 against his Aryan
N… …Church. At the trial in Lake County Pastor Lindstedt observed Mrs. Reo (referred to as
"… …nger lips" but not by name) jumping up and down to try to get Reo's attention and that of
a… …e mongrel sitting next to Reo. Having overheard Reo telling his father via cell phone to
n… …v up at the trial, Pastor Lindstedt thought it was just another homosexual mongrel lover of
R… …o. In September 2019 Bryan Reo initiated four lawsuits against Pastor Lindstedt, one on
b… …his fake-plaintiff wife and father, two on behalf of himself for $500,000 each trying to
g… …then $2 million in Stanley County inheritance. Bryan Reo has destroyed evidence in

not have disproven his lies about "homosexual incest" and"transgendered prostitutes" were altogether Bryan Reo barratry. The 6th Circuit set aside Bryan Reo discovery games and the matter up for retrial. Regrettably Pastor Lindstedt, head of the Aryan Nations and a white supremacist advocating rebellion and civil warfare against ZOG/Babylon has had his defense stricken on the basis of his open racism while Bryan Reo has had his conspiracies with his family and lawyer friends hidden.

However the interactions between Bryan Reo and Pastor Lindstedt are certainly no secret with half of them published on the Aryan Nations web pages since 2010. Pastor Lindstedt intends to reveal Bryan Reo communications, audio and written to Pastor Lindstedt and others at trial in that this trial for "defamation" involves Bryan Reo activity.

Thus there is no need for a pre-trial conference on 12 September given that what Bryan Reo says was said didn't happen except via Bryan Reo's legalistic claims and the corruption of the state and federal courts of Ohio and South Dakota. These matters are best handled via telephone where Pastor Lindstedt has access to his $150 desktops and hard drives. Doubtless Reo will try to use his legalistic barratry to curtail evidence and PastorLindstedt 850 miles away without access won't be able to counter. The first step for discovery is for this court to unseal records as opposed to making Pastor Lindstedt submit his copies to the jury.

Even more important, thanks to Bryan Reo judicial thievery, Pastor Lindstedt doesn't have the means to make it the 850 miles to Cleveland Ohio for the unnecessary final pre-trial conference. Pastor Lindstedt has indeed been ruined into poverty by Bryan Reo lawfare. Having to live on erratic income from supporters and his brother of $500 per month in his sister's trailer without running water is possible, however driving up to Cleveland for this pre-trial conference is impossible, much less making it back home. Now that the Chevrolet Van water-

pr[...] leaking and travel more than five miles from home impossible that is especially the case.

N[...] Pastor Lindstedt want to recondition the Suzuko Swift for $500-800 because if it were

o[...] as a second vehicle then it would be seized by the sheriff for past Bryan Reo

li[...] as only one vehicle is exempt from seizure and the Suzuki won't pull a trailer for

fi[...]

[...] this second Motion to proceed by teleconference for the pre-trial conference

(w[...] unnecessary as the items and exhibits have already been documented in 167 entries and

th[...] [...] of pages) as Pastor Lindstedt simply cannot make it to Ohio because he is saving up

f[...] November 2024 trial. On Sept.6, Pastor Lindstedt got in touch with and sent the first

M[...] mailed on 24th August as the mailing still hasn't reached the court. This second motion

r[...] that the water pump went out on the 2005 Chevy Venture van so that it is even more

i[...] [...] journey 850 miles (and back) to Cleveland Ohio for this 12 Sept.2023 final pre-

tr[...] [...].

[...]ivil lawfare leads to civil warfare which destroys all mighty evil empires . . .

/s/ Martin Lindstedt
[...] Appellant, [...] Servant of YHWH's Servant Nation of Aryan Christian Israel
[...] of Jesus Christ Christian/Aryan Nations of Missouri
3[...] [...] road, Granby Missouri 64844
([...]2-[...], (c): pastorlindstedt@gmail.com

## Certificate of Service

A[...] [...] is mailed 6th Sept. 2024 to Plaintiffs Bryan Reo and his Fake-Plaintiff
[...] 100, or Mentor Ohio 44061 and copies mailed as well, with an e-mail
c[...] [...] later.
l[...] [...] do hereby certify that a true and genuine original of this was mailed
6[...] [...] of the Court, Carl B.Stokes US Courthouse, 801 W. Superior
A[...] [...], Ohio 44113-1830 A truncated copy to be file-stamped shall be enclosed as
P[...] Lindstedt can't afford certified or tracking mail.

9