## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **BRYAN ANTHONY REO,** | Case No. 1:19-CV-02103-SO |
| Plaintiff | Hon. Solomon Oliver, Jr. |
| v. | Mag. Reuben J. Sheperd |
| **MARTIN LINDSTEDT,** | MOTION TO STRIKE or SEAL ECF 178 |
| | [ALL CASES] |
| Defendant | |

| | |
|---|---|
| **REO LAW, LLC** | **MARTIN LINDSTEDT** |
| Bryan Anthony Reo (#0097470) | 338 Rabbit Track Road |
| P.O. Box 5100 | Granby, MO 64844 |
| Mentor, OH 44061 | (T):  (417) 472-6901 |
| (T):  (440) 313-5893 | (E):  pastorlindstedt@gmail.com |
| (E):  reo@reolaw.org | *Pro se Defendant* |
| *Pro se Plaintiff and Counsel* | |

## MOTION TO STRIKE OR SEAL ECF 178

NOW COMES Bryan Anthony Reo ("Plaintiff") in 1:19-cv-2589, 1:19-cv-2103, and Counsel for Plaintiffs Stefani Rossi Reo in 1:19-cv-2786 and Anthony Domenic Reo in 1:19-cv-2615, and hereby propounds upon Martin Lindstedt ("Defendant") and this Honorable Court Plaintiffs' Motion to Strike or Seal Rule 59(e) and Rule 60(3)(6) ECF 176. For the reasons that following, Defendant's most recent filing, ECF No. 178, docketed 9/19/2024, titled, "Answer to Bryan Reo Objections" should be stricken or at a minimum sealed.

Defendant's filing ECF No. 178, filed 9/19/2024 is irrelevant, immaterial, scandalous, impenitent, abusive, and it repeats the same offensive and abusive slurs and material that this Court

1

has previously noted as grounds for sealing documents in the past. This Court has entered orders sealing all of Defendant's recent filings, via Order ECF No. 123 (sealing ECF No. 98), ECF No. 123 (sealing ECF No. 102, ECF No. 105, ECF No. 106, ECF No. 107, ECF No. 108, ECF No. 109, ECF No. 111, ECF No. 115, ECF No. 116), ECF No. 148 (sealing ECF No. 117), ECF No. 131 (sealing ECF No. 125), ECF No. 139 (sealing ECF No. 128, ECF No. 133), ECF No 154 (sealing ECF No. 146), ECF No 153 (sealing ECF No. 151), ECF No. 159 (sealing ECF No. 156), ECF No. 164 (sealing ECF No. 162).

For the reasons previously articulated by the Court in its earlier orders sealing documents, ECF No. 178, being of the same abusive and offensive nature, should likewise be sealed. Additionally, the relief requested in ECF No. 178, that being telephonic appearance at the final pre-trial held 9/12/2024, is moot since the conference already occurred.

                                                    Respectfully submitted,

                                                    **REO LAW, LLC**
/s/ Bryan Anthony Reo
Bryan Anthony Reo (#0097470)
P.O. Box 5100
Mentor, OH 44061
(T): (440) 313-5893
(E): reo@reolaw.org
*Pro se Plaintiff and Counsel*

Dated: September 19, 2024

2

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **BRYAN ANTHONY REO,** | Case No. 1:19-CV-02103-SO |
| Plaintiff | Hon. Solomon Oliver, Jr. |
| v. | Mag. Reuben J. Sheperd |
| **MARTIN LINDSTEDT,** | MOTION TO STRIKE |
| Defendant | |

**REO LAW, LLC**
Bryan Anthony Reo (#0097470)
P.O. Box 5100
Mentor, OH 44061
(T):  (440) 313-5893
(E):  reo@reolaw.org
*Pro se Plaintiff and Counsel*

**MARTIN LINDSTEDT**
338 Rabbit Track Road
Granby, MO 64844
(T):  (417) 472-6901
(E):  pastorlindstedt@gmail.com
*Pro se Defendant*

## CERTIFICATE OF SERVICE

I, Bryan Anthony Reo, affirm that I am a party to the above-captioned civil action, and on September 19, 2024, I served a true and accurate copy the foregoing document upon Martin Lindstedt, 338 Rabbit Track Road, Granby, MO 64844, by placing the same in a First Class postage-prepaid, properly addressed, and sealed envelope and in the United States Mail located in City of Mentor, Lake County, State of Ohio.

/s/ Bryan Anthony Reo
Bryan Anthony Reo (#0097470)
P.O. Box 5100
Mentor, OH 44061
(T):  (440) 313-5893
(E):  reo@reolaw.org
*Pro se Plaintiff and Counsel*

Dated:  September 19, 2024