**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **BRYAN ANTHONY REO,**<br><br>Plaintiff<br><br>v.<br><br>**MARTIN LINDSTEDT,**<br><br><br>Defendant | Case No. 1:19-CV-02103-SO<br><br>Hon. Solomon Oliver, Jr.<br><br>Mag. Reuben J. Sheperd<br><br>NOTICE OF PARTIAL SATISFACTION OF JUDGMENT<br>[1:19-cv-2103]<br>[1:19-cv-2589] |


**REO LAW, LLC**
Bryan Anthony Reo (#0097470)
P.O. Box 5100
Mentor, OH 44061
(T): (440) 313-5893
(E): reo@reolaw.org
*Pro Se Plaintiff and Attorney*

**MARTIN LINDSTEDT**
338 Rabbit Track Road
Granby, MO 64844
(T): (417) 472-6901
(E): pastorlindstedt@gmail.com
*Pro se Defendant*


**PLAINTIFF'S NOTICE OF PARTIAL SATISFACTION OF JUDGMENT**

Plaintiff and Judgment Creditor Bryan Anthony Reo hereby provides notice that in regards to the judgment entered by this Court against Martin Lindstedt on 11/8/2024, in the amount of $870,000.00 (eight hundred and seventy thousand dollars) in favor of Plaintiff, that as of 9/3/2026 an amount of $500,000.00 (five hundred thousand dollars) has been satisfied. Thus, there has been a partial satisfaction in the amount of $500,000.00 dollars. The remaining balance (with accrued interest) is outstanding and remains unsatisfied. Plaintiff hereby requests the Clerk of Court to record and make note of the same.

**REO LAW, LLC**
/s/ Bryan Anthony Reo

Bryan Anthony Reo (#0097470)
P.O. Box 5100
Mentor, OH 44061
(T): (440) 313-5893
(E): reo@reolaw.org
*Pro Se Plaintiff and Attorney*

Dated: September 12, 2026

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **BRYAN ANTHONY REO,**<br><br>Plaintiff<br><br>v.<br><br>**MARTIN LINDSTEDT,**<br><br>Defendant | Case No. 1:19-CV-02103-SO<br><br>Hon. Solomon Oliver, Jr.<br><br>Mag. Reuben J. Sheperd |

**REO LAW, LLC**
Bryan Anthony Reo (#0097470)
P.O. Box 5100
Mentor, OH 44061
(T): (440) 313-5893
(E): reo@reolaw.org
*Pro Se Plaintiff and Attorney*

**MARTIN LINDSTEDT**
338 Rabbit Track Road
Granby, MO 64844
(T): (417) 472-6901
(E): pastorlindstedt@gmail.com
*Pro se Defendant*

## CERTIFICATE OF SERVICE

I, Bryan Anthony Reo, affirm that I am Counsel party to the above-captioned civil action, and on September 12, 2026, I served a true and accurate copy the foregoing document upon Martin Lindstedt, 338 Rabbit Track Road, Granby, MO 64844, by placing the same in a First Class postage-prepaid, properly addressed, and sealed envelope and in the United States Mail located in City of Mentor, Lake County, State of Ohio.

/s/ Bryan Anthony Reo
Bryan Anthony Reo (#0097470)
P.O. Box 5100
Mentor, OH 44061
(T): (440) 313-5893
(E): reo@reolaw.org
*Pro Se Plaintiff and Attorney*

Dated: September 12, 2026